UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

CURTIS LEACH, )
 )
          Plaintiff, )
 )
   v. )    ORDER
 )
T.D. BANK, N.A., et al., )
 )
          Defendants. )

For the reasons stated in defendant Lead Bank's memorandum of law in support of its motion to dismiss [D.E. 110], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 107], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 118], GRANTS defendant Lead Bank's motion to dismiss [D.E. 110], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Lead Bank.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge