UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

CURTIS LEACH, )
 )
                Plaintiff, )
 )
      v. ) **ORDER**
 )
T.D. BANK, N.A., et al., )
 )
              Defendants. )

For the reasons stated in defendant TD Bank, N.A.'s memorandum of law in support of its motion to dismiss [D.E. 84], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 102], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 117], GRANTS defendant TD Bank, N.A.'s motion to dismiss [D.E. 83], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant TD Bank, N.A.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge