UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

| | |
|---|---|
| CURTIS LEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| T.D. BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in defendant USAA Federal Savings Bank's memorandum of law in support of its motion to dismiss [D.E. 74], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 99], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 109], GRANTS defendant USAA Federal Savings Bank's motion to dismiss [D.E. 73], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant USAA Federal Savings Bank.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge