UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

| | |
|---|---|
| CURTIS LEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| T.D. BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in defendant Matthew Motors, Inc.'s memorandum of law in support of its motion to dismiss [D.E. 57], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 100], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 97], GRANTS defendant Matthew Motors, Inc.'s motion to dismiss [D.E. 56], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Matthew Motors, Inc.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge