UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

CURTIS LEACH, )
)
Plaintiff, )
)
v. ) ORDER
)
T.D. BANK, N.A., et al., )
)
Defendants. )

For the reasons stated in defendant Leith Chrysler Plymouth Jeep/Eagle, Inc.'s memorandum of law in support of its motion to dismiss [D.E. 52], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 101], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 94], GRANTS defendant Leith Chrysler Plymouth Jeep/Eagle, Inc.'s motion to dismiss [D.E. 51], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Leith Chrysler Plymouth Jeep/Eagle, Inc.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge