UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

| | | |
|---|---|---|
| CURTIS LEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| T.D. BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in defendant Synchrony Bank's memorandum of law in support of its motion to dismiss [D.E. 33], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 104], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 89], GRANTS defendant Synchrony Bank's motion to dismiss [D.E. 32], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Synchrony Bank.

SO ORDERED. This _12_ day of July, 2022.

JAMES C. DEVER III
United States District Judge