UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

CURTIS LEACH,                          )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )                **ORDER**
                                       )
T.D. BANK, N.A., et al.,               )
                                       )
                    Defendants.        )

For the reasons stated in defendant Santander Consumer USA, Inc.'s memorandum of law

in support of its motion to dismiss [D.E. 22], its response to plaintiff Curtis Leach's expedited

motion to remand [D.E. 92], and its reply brief [D.E. 112], the court DENIES plaintiff's expedited

motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 86], GRANTS defendant

Santander Consumer USA, Inc.'s motion to dismiss [D.E. 21], and DISMISSES WITHOUT

PREJUDICE plaintiff's claims against defendant Santander Consumer USA, Inc.

SO ORDERED. This 12 day of July, 2022.

                                            ⎯⎯⎯⎯ Dever ⎯⎯⎯⎯
                                            JAMES C. DEVER III
                                            United States District Judge