UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

| | |
|---|---|
| CURTIS LEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| T.D. BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in defendant Ashley Home Stores, LTD, and Ashley Homestores Holdings' ("defendants") memorandum of law in support of their motion to dismiss [D.E. 71], and their response to plaintiff Curtis Leach's expedited motion to remand [D.E. 93], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 96], GRANTS defendants' motion to dismiss [D.E. 70], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendants.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge