UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-9-D

CURTIS LEACH, )
)
Plaintiff, )
)
v. ) ORDER
)
T.D. BANK, N.A., et al., )
)
Defendants. )

For the reasons stated in defendant Bridgecrest Credit Company's memorandum of law in support of its motion to dismiss or in the alternative motion to stay proceedings and compel arbitration [D.E. 29], and its response to plaintiff Curtis Leach's expedited motion to remand [D.E. 95], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 88], GRANTS defendant Bridgecrest Credit Company's motion to stay proceedings and compel arbitration [D.E. 28], and ORDERS the parties to arbitrate their dispute.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge