UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CURTIS L. LEACH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TD BANK, N.A. USAA FEDERAL )<br>SAVINGS BANK, BRIDGECREST )<br>CREDIT COMPANY, HUNTER )<br>WARFIELD, INC., STALLING MILLS )<br>APARTMENTS, LINCOLN PROPERTY )<br>GROUP, ASHLEY HOMESTORES, LTD, )<br>ASHLEY HOMESTORE HOLDINGS, )<br>INC., SYNCHRONY BANK, LEAD )<br>BANK, OKINUS, INC., RAC )<br>ACCEPTANCE EAST, LLC, RENT-A- )<br>CENTER, SANTANDER CONSUMER )<br>USA, CAPITAL ONE AUTO FINANCE )<br>INC., CAPITAL ONE, MATTHEW )<br>MOTORS CLAYTON, LEITH )<br>CHRYSLER PLYMOUTH JEEP/EAGLE, )<br>INC., and FAIR COLLECTIONS & )<br>OUTSOURCING OF NEW ENGLAND, )<br>INC., )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-9-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the notice of dismissal filed January 6, 2022, [D.E. 1-56], defendant Fair Collections & Outsourcing of New England is dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the stipulation of dismissal filed February 17, 2022 [D.E. 108], defendant Hunter Warfield is dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the stipulation of dismissal filed March 28, 2022 [D.E. 119], defendant Stalling Mills Apartments, LLC is dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 124], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 118], GRANTS defendant Lead Bank's motion to dismiss [D.E. 110], and DISSMISSES WITHIOUT PREJUDICE plaintiff's claims against defendant Lead Bank.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 125], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 117], GRANTS defendant TD Bank, N.A.'s motion to dismiss [D.E. 83], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant TD Bank, N.A.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 126], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 109], GRANTS defendant USAA Federal Savings Bank's motion to dismiss [D.E. 73], and DISMISSES WITIIOUT PREJUDICE plaintiff's claims against defendant USAA Federal Savings Bank.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 127], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 97], GRANTS defendant Matthew Motors, Inc.'s motion to dismiss [D.E. 56], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Matthew Motors, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 128], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 94], GRANTS defendant Leith Chrysler Plymouth Jeep/Eagle, Inc.'s motion to dismiss [D.E. 51], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Leith Chrysler Plymouth Jeep/Eagle, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 129], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 87], GRANTS defendant Okinus, Inc.'s motion to dismiss [D.E. 35], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Okinus, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 130], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 89], GRANTS defendant Synchrony Bank's motion to dismiss [D.E. 32], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Synchrony Bank.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 131], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 86], GRANTS defendant Santander Consumer USA, Inc.'s motion to dismiss [D.E. 21], and DISMISSES WITIIOUT PREJUDICE plaintiff's claims against defendant Santander Consumer USA, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered July 12, 2022 [D.E. 132], the court DENIES plaintiff's expedited motion to remand [D.E. 69], OVERRULES plaintiff's objection [D.E. 96], GRANTS defendants' motion to dismiss [D.E. 70], and DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendants Ashley Home Stores, LTD, and Ashley Home Stores Holdings, Inc.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the stipulation of dismissal filed March 16, 2023 [D.E. 139], defendant Capital One Auto Finance, a division of Capital One, N.A. is dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the order entered August 6, 2024 [D.E. 162], the court ADOPTS the conclusions in the M&R [D.E. 158], GRANTS defendant's motion to dismiss [D.E. 142], GRANTS IN PART plaintiff's motion to file late objections [D.E. 160], and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to comply with a court order, fabrication of documents, and perjury.

This Judgment filed and entered on August 7, 2024, and copies to:
All counsel of record as listed in this matter         (via CM/ECF electronic notification)
Curtis L. Leach                                         (via CM/ECF electronic notification)

August 7, 2024                          Peter A. Moore, Jr.
                                        Clerk of Court


                                        By: /s/ Stephanie Mann
                                            Deputy Clerk